**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| RYAN PHLIPSEN, § | |
| § | |
| vs. § | NO: SA: 5:19-CV-00458-OLG |
| § | |
| TEXAS TACO CABANA, L.P., KFC § | |
| CORPORATION, WURZBACH/OAKS § | |
| LTD., DDO-TEXAS, LLC | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DDO-TEXAS, LLC AND
RELATED CLAIMS CONCERNING THE KFC RESTAURANT**

Plaintiff, Ryan Phlipsen, and Defendants, DDO-Texas, LLC and Wurzbach/Oaks Ltd., pursuant to Fed. R. Civ. P. 41(a), and having resolved the claims against Defendant, DDO-Texas, LLC, and otherwise pertaining to the KFC Restaurant property and adjoining common areas/parking lot owned by Wurzbach/Oaks Ltd. and operated by DDO-Texas, LLC, now stipulate to the dismissal of DDO-Texas, LLC as a party/defendant, and to the dismissal of all claims pertaining to the KFC Restaurant property and adjoining common areas/parking lot, whether asserted against the operator, DDO-Texas, or the owner, Wurzbach/Oaks Ltd., with prejudice, and without an award of costs or attorney's fees to either party.[1]

---

[1] This Stipulation does not address claims against Defendant Texas Taco Cabana, L.P., or to claims against Wurzbach/Oaks Ltd., to the extent that those claims against Wurzbach/Oaks Ltd. pertain to the separate Taco Cabana restaurant and its adjoining common areas/parking lot.

| | |
|---|---|
| Dated: November 19, 2019 | Respectfully submitted, |

*/s/ Dennis R. Kurz (w/permission NSL)*
Dennis R. Kurz
Texas State Bar No. 24068183
KURZ LAW GROUP, LLC
1640 Powers Ferry Road, SE
Building 17, Suite 200
Marietta, Georgia 30067
404.805.2494
770-428.5356 (Fax)
dennis@kurzlawgroup.com

**ATTORNEYS FOR RYAN PHLIPSEN**

*/s/ Nicole S. LeFave*
Nicole S. LeFave
Texas State Bar No. 24085432
Melissa J. Ackie
Texas State Bar No. 24088686
LITTLER MENDELSON, P.C.
A Professional Corporation
100 Congress Avenue, Suite 1400
Austin, Texas 78701
512.982.7250
512.982.7248 (Fax)
nlefave@littler.com
mackie@littler.com

**ATTORNEYS FOR DDO-TEXAS**

*/s/ Michael D. DeNuccio (w/permission NSL)*
Michael D. DeNuccio
Texas State Bar No. 24052015
CURNEY, FARMER, HOUSE, OZUNA
    & JACKSON, P.C.
411 Heimer Rd.
San Antonio, TX 78232
210.377.1990
210.377.1065 (Fax)
MDeNuccio@cfholaw.com

**ATTORNEYS FOR WURZBACH/OAKS LTD.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2019, I electronically filed this document with the clerk of court for the U.S. District Court, Western District of Texas, using the Electronic Case Filing System of the Court.  The Electronic Case Filing System sent a "Notice of Electronic Filing" to all counsel of record, who have consented in writing to accept service of this document by electronic means.

    Dennis R. Kurz
    KURZ LAW GROUP, LLC
    1640 Powers Ferry Road, SE
    Building 17, Suite 200
    Marietta, Georgia 30067
    *Attorney for Plaintiff*

    Michael D. DeNuccio
    CURNEY, FARMER, HOUSE, OZUNA & JACKSON, P.C.
    411 Heimer Rd.
    San Antonio, TX 78232
    *Attorney for Defendant Wurzbach/Oaks Ltd.*

    Robert E. Weitzel
    AKERMAN LLP
    2001 Ross Avenue, Suite 3600
    Dallas, Texas 75201
    *Attorney for Defendant Taco Cabana, LP*

                                                */s/ Nicole S. LeFave*
                                                Nicole S. LeFave

4843-1192-9258.2 089352.1018