IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PHLIPSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:19-cv-458 |
| TEXAS TACO CABANA, LP, and ) | |
| WURZBACH/OAKS, LTD., ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO DISMISS COMPLAINT WITH PREJUDICE

COMES NOW the Plaintiff, Ryan Phlipsen ("Plaintiff"), by and through the undersigned counsel, and hereby files this Unopposed Motion to Dismiss Complaint with Prejudice.

Respectfully submitted this 4th day of March, 2020.

                    Respectfully submitted,

                    **KURZ LAW GROUP, LLC**
                    4355 Cobb Parkway, Suite J-285
                    Atlanta, GA 30339
                    www.kurzlawgroup.com
                    (404) 805-2494 Telephone
                    (770) 428-5356 Facsimile

                    By: */s/ Dennis R. Kurz*
                          Dennis R. Kurz
                          Texas State Bar No. 24068183
                          dennis@kurzlawgroup.com
                      **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March, 2020, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Robert E. Weitzel
ACKERMAN, LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
*Attorney for Defendants,*
*Texas Taco Cabana, LP and*
*Wurzbach/Oaks, LTD*

              */s/ Dennis R. Kurz*
              Dennis R. Kurz